**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **CTP INNOVATIONS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:16-cv-00175-JRG-RSP** |
| | § | |
| **v.** | § | |
| | § | |
| **QUAD GRAPHICS, INC.** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT QUAD GRAPHICS, INC.'S**
**UNOPPOSED MOTION FOR EXTENSION OF DEADLINE**
**TO COMPLY WITH PATENT RULES 3-3 AND 3-4**

COMES NOW Defendant Quad Graphics, Inc. ("Quad") and files this Unopposed Motion For Extension of Deadline to Comply with Patent Rules 3-3 and 3-4 and would respectfully show the Court the following:

1.  Quad's deadline to comply with P.R. 3-3 and P.R. 3-4 is Friday, September 2, 2016. Dkt. No. 37.

2.  Prior to the deadline for Quad to comply with P.R. 3-3 and 3-4, the parties discussed potential amendments or supplements to Plaintiff's infringement contentions.  The parties have also discussed the potential severance of certain asserted claims that are the subject of Inter Partes Review proceedings.  Due to the potential impact that the amendments to Plaintiff's infringement contentions and the potential severance of some asserted claims would have on Defendant's invalidity contentions, Quad respectfully requests additional time to comply with the requirements set forth in P.R. 3-3 and P.R. 3-4.  Accordingly, Quad respectfully requests a two-week extension of its deadline to comply with P.R. 3-3 and P.R. 3-4.

3.  If this extension is permitted, the new deadline for Quad to comply with P.R. 3-3 and 3-4 will be September 16, 2016.

4.  Plaintiff has conferred with counsel for Plaintiff concerning this request.  Plaintiff's counsel has advised that Plaintiff does not oppose Defendant's request for an extension.

5.  This request is not made for purposes of delay.

WHEREFORE PREMISES CONSIDERED, Quad respectfully requests that the Court grant Quad's motion for extension and order that Quad may comply with P.R. 3-3 and 3-4 on September 16, 2016.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By:/*s/ John M. Jackson*
    John M. Jackson
    Texas State Bar No. 24002340
    jjackson@jw.com
    Nathaniel (Nate) St. Clair II
    Texas Bar No. 24071564
    nstclair@jw.com
    Matthew C. Acosta
    Texas State Bar No. 24062577
    macosta@jw.com
    Blake T. Dietrich
    Texas Bar No. 24087420
    bdietrich@jw.com

JACKSON WALKER L.L.P.
2323 Ross Ave., Suite 600
Dallas, Texas 75201
[Tel.]: (214) 953-6000
[Fax]: (214) 953-5822

**ATTORNEYS FOR DEFENDANT QUAD GRAPHICS, INC.**

## CERTIFICATE OF CONFERENCE

On August 19 and September 2, 2016, John Jackson, counsel for Defendant, communicated with Joe Pia, counsel for Plaintiff, regarding the merits of the foregoing motion. Mr. Pia advised that Plaintiff does not object to the relief requested herein.

*/s/ John M. Jackson*
John M. Jackson

## CERTIFICATE OF SERVICE

On September 2, 2016, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ John M. Jackson*
John M. Jackson